# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-2806

_____

Janis Schmidt,                                        *
                                                      *
          Appellant,                               *
                                                      *
    v.                                          *
                                                      *
Cecelia Fire Thunder, President OST;                  *
Harold Brewer, Chief of Police; Marina                *
Fast Horse, Tribal Judge; Alex White                  *
Plume, Vice President OST; OST            *    Appeal from the United States
Public Safety; Ruth Brown, council        *    District Court for the
member; Thomas Poor Bear, council         *    District of South Dakota.
member; Craig Dillon, council member;     *
Mary Poor Thunder, council member;        *    [UNPUBLISHED]
Juanita Scherich, council member;                     *
Austin Watkins, council member;                       *
Valerie Kills Small-Janis, council                    *
member; Paul Little, council member;                  *
Lydia Bear Killer, council member;                    *
Ella John Carlow, council member;                     *
Lyle Jack, council member; Will Peters,               *
council member; Phillip Good Crow,                    *
council member; Bernard White Face,                   *
council member; Walter Big Crow,                      *
council member; Kathy Janis, council                  *
member,                                               *
                                                      *
          Appellees.                               *

_____

Submitted: April 4, 2008
Filed: April 9, 2008

_____

Before BYE, SMITH, and BENTON, Circuit Judges.

_____

PER CURIAM.

Janis Schmidt appeals the district court's[1] dismissal of her pro se action. After careful review, we agree that dismissal was proper. Accordingly, we deny all pending motions and affirm. *See* 8th Cir. R. 47B.

_____

[1]The Honorable Karen E. Schreier, Chief Judge, United States District Court for the District of South Dakota.